UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDC TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 23-cv-01160-VC<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 157 |

    Google's motion to stay is granted. DDC Technology's request for discovery during the stay is denied. The parties shall file a joint status report every 6 months, and shall notify the Court within 30 days of either denial of the petitions or resolution of the inter partes review proceedings, if instituted.

    Additionally, only the claims against Google were transferred to this district. Dkt. No. 139 at 1. Therefore, the Clerk is directed to terminate the non-Google defendants and movants as parties, and to update the case caption to *DDC Technology, LLC v. Google LLC*.

    **IT IS SO ORDERED.**

Dated: May 10, 2023

                                                                                        VINCE CHHABRIA<br>
                                                                                       United States District Judge