1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  LUANN L. SIMMONS (S.B. #203526)
   lsimmons@omm.com
3  MARK LIANG (S.B. #278487)
   mliang@omm.com
4  AMY K. LIANG (S.B. #291910)
   aliang@omm.com
5  **O'MELVENY & MYERS LLP**
   Two Embarcadero Center, 28th Floor
6  San Francisco, California  94111-3823
   Telephone:    +1 415 984 8700
7
   *Attorneys for Defendant*
8  *Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DDC TECHNOLOGY, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:23-cv-01160-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

O'Melveny & Myers LLP, counsel of record for Defendant Google LLC, hereby notices the Court and the Parties that Andrew Bledsoe has left the law firm of O'Melveny & Myers LLP and is no longer working on this matter.

Pursuant to Local Rule 5.1(c)(2)(C), O'Melveny & Myers LLP respectfully requests the withdrawal of the appearance of Andrew Bledsoe. The remaining attorneys who have appeared from O'Melveny & Myers LLP continue to represent Defendant Google LLC in this matter.

Dated: June 23, 2023

By: /s/ Mark Liang

DARIN W. SNYDER
LUANN L. SIMMONS
DAVID S. ALMELING
MARK LIANG
AMY K. LIANG
**O'MELVENY & MYERS LLP**

*Attorneys for Defendant
GOOGLE LLC*