UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDC TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 23-cv-01160-VC<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF**<br><br>Re: Dkt. No. 167 |

The motion for miscellaneous relief regarding a possible future sanctions motion is denied.

**IT IS SO ORDERED.**

Dated: November 17, 2023

VINCE CHHABRIA
United States District Judge