UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDC TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 23-cv-01160-VC<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 166, 168, 172 |

    Both parties' motions to seal various parts of the record and briefing regarding DDC Technology's Motion for Miscellaneous Relief Regarding Google's Threated Sanctions are granted. The currently filed public versions on the docket are appropriate and no further action is needed. It is worth emphasizing that additional scrutiny will be given to future motions to seal in this action—sealing is appropriate here because DDC Technology should never have put this particular dispute before this Court in the first place (as is readily apparent from the unredacted portions of the papers).

    **IT IS SO ORDERED.**

Dated: November 17, 2023

_____
VINCE CHHABRIA
United States District Judge